IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS SILVA, et al.,
**Plaintiffs**

v.                                                                                            CIVIL NO. 05-2314(DRD)

HOSPITAL DEL MAESTRO, et al.,
**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 2/17/06  **Docket #10**<br>[X] **Plff**  [] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF VOLUNTARY DISMISSAL | **GRANTED**. Since co-defendant, **A.I. Credit Corporation**, has not answered the complaint, pursuant to Fed.R.Civ.P. 41(a)(1), the Court hereby **grants** Plaintiff's request for voluntary dismissal. **Partial Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 20th day of February 2006.

                                                **S/DANIEL R. DOMINGUEZ**
                                                **DANIEL R. DOMINGUEZ**
                                                  **U.S. DISTRICT JUDGE**